IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN CORMIER, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-218 (MTT) |
| | * |
| STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 20, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk